IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Rexene "Renee" Brown,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | Case No. 11-0299-CV-W-JTM |
| ) | |
| **D.F.M.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon the entry of the *Stipulation Of Dismissal*, filed October 19, 2011 [Doc. 15], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

                                                 */s/ John T. Maughmer*
                                                  **JOHN T. MAUGHMER**
                                                  **U. S. MAGISTRATE JUDGE**